UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POMELO INTERNATIONAL, INC.,

        Plaintiff,

    v.

INSTAKIN, INC.,

        Defendant.

Case No.  22-cv-02095-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 8, 2022**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 15, 2022 at 1:30 p.m. via Zoom Webinar** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: September 29, 2022

_____

Richard Seeborg
Chief United States District Judge

United States District Court
Northern District of California