| | |
|---|---|
| LAURENCE F. PULGRAM (CSB No. 115163)<br>lpulgram@fenwick.com<br>MATTHEW BECKER (CSB No. 291865)<br>mbecker@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:    415.875.2300<br>Facsimile:    415.281.1350<br><br>Attorneys for Plaintiff<br>POMELO INTERNATIONAL, INC. | BEN M. DAVIDSON (CSB No. 181464)<br>ben@dlgla.com<br>DAVIDSON LAW GROUP, ALC<br>4500 Park Granada Blvd., Suite 202<br>Calabasas, CA 91302<br>Telephone:    818.918.4622<br>Facsimile:    310.473.2941<br><br>Attorneys for Defendant<br>INSTAKIN, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POMELO INTERNATIONAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSTAKIN, INC.,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-02095-RS<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Richard Seeborg |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-entitled action, Plaintiff Pomelo International, Inc. ("Pomelo") and Defendant InstaKin, Inc. ("InstaKin"), hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted,

Dated:   November 16, 2022          FENWICK & WEST LLP


By: /s/ Matthew B. Becker
    Matthew B. Becker

Attorney for Plaintiff
POMELO INTERNATIONAL, INC.

Dated:   November 16, 2022          DAVIDSON LAW GROUP, ALC


By: /s/ Ben M. Davidson
    Ben M. Davidson

Attorney for Defendant
INSTAKIN, INC.

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Matthew B. Becker
Matthew B. Becker

STIPULATION AND ORDER OF DISMISSAL                    2

**ORDER**

**SO ORDERED** on this  16th   day of   November    , 2022.

_____
Hon. Richard Seeborg, Chief Judge
U.S. District Court, Northern District of California

STIPULATION AND ORDER OF DISMISSAL   3